# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

REGINA YOUNG,                     Plaintiff,

v.                     Case No.: 4:18-CV-00405-KGB

FRED'S STORES OF TENNESSEE, INC.,         Defendant.

## JUDGMENT OF DISMISSAL

Defendant moves for dismissal of this civil action on the basis that it has been settled. Plaintiff is not opposed and the agreement of the Parties is for Plaintiff to be responsible for liens, if any, and indemnify and hold harmless Defendant in regard to any liens. It is, therefore, ordered and adjudged that any and all claims brought, or which may have been brought relating to this accident which is the subject of this civil action, are hereby dismissed, with prejudice, and Defendant is released in all respects with no further liability on any matters relating to this Civil Action for claims or liens, known or unknown, relating to this lawsuit or the claim giving rise to it.

It is, therefore, ordered and adjudged that this civil action is dismissed, with prejudice, with each party to bear its own attorney's fees and costs.

SO ORDERED, this 14 day of November, 2018.

_Kristine G. Baker_
Judge

AGREED AND APPROVED:

_Keith Grayson_
Keith Grayson, ARB 91-014
PO Box 1447
Heber Springs, AR 72543
*Attorney for Plaintiff*

_Richard D. Underwood_
Richard D. Underwood, ARB 2006135
999 S. Shady Grove Road, Ste 500
Memphis, TN 38120
*Attorney for Defendant*